IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
IN RE:                                  MDL Docket No 04-1606 VRW

DEEP VEIN THROMBOSIS                    ORDER


This Document Relates To:

05-3181  VRW
Hind v Southwest Airlines Co
                                       /
```

      Defendant Southwest Airlines Co moved this court to dismiss this case under the federal preemption reasoning announced in the court's March 11, 2005, order. Doc #10. On the same day, plaintiff Thomas Hind filed a statement of non-opposition to defendant's motion. Doc #11. The court treats the parties' submissions as a stipulation of dismissal. Pursuant to the

//
//
//
//
//

1 **parties' stipulation, this case is DISMISSED with prejudice under**
2 **the federal preemption reasoning announced in the court's March 11,**
3 **2005, order.  Doc #151 (04-1606).  The clerk is directed to CLOSE**
4 **the file, TERMINATE all motions and ENTER JUDGMENT in favor of**
5 **Southwest Airlines Co.**

7 **IT IS SO ORDERED**

_____
**VAUGHN R WALKER**
**United States District Chief Judge**

United States District Court
For the Northern District of California